UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:10-cr-20 |
| v. | ) | |
| | ) | MATTICE / LEE |
| DOUGLAS MATHIS | ) | |
| | ) | |

# O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [Doc. 16].  Neither party filed a timely objection to the report and recommendation.  After reviewing the record, the Court agrees with the magistrate judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 16] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(4)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Monday February 14, 2011 at 9:00 a.m.** [EASTERN]

before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                              */s/Harry S. Mattice, Jr.*
                              HARRY S. MATTICE, JR.
                        UNITED STATES DISTRICT JUDGE